FILED
IN CLERKS OFFICE
2021 APR -5 PM 12: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

Common Wealth Massachusetts Court

Dear Magistrate:

I am requesting my disability court cases be sealed and made private because the information presented within has negatively impacted my **reputation**, **privacy**, and **employment opportunities**.

Unless these court records are sealed, removed, and kept out of the public domain, the detrimental economic and professional harm from these public cases continues to gravely impact every aspect of my life as noted below.

1) Employment offers don't exist after searching for over a year; no offers that match my skills have been forthcoming. I have sent hundreds of resumes with few results. Interviews that resulted in no follow-up, despite agreeing to speak the following week, likely due to an internet search listing numerous listings monetizing the two court cases that made case law. Lack of employment is gravely harmful in every aspect of life.

2) Reputation impacted by hiring professionals viewing my disability cases as unfavorable, combative, and trouble for them and their organizations. Despite, the suits won in favor of the plaintiff against the employer's illegal actions.

3) Privacy infringement by having details of the disability (HIPPA violations) addressed in the cases. Privacy around my name being indexed to create higher search results and monetization by various organizations.

Below are the numerous listings of the court cases found on multiple search engines with Bonnie Akerson indexed for high ranking and each organization monetizing on the case law.

    1) https://www.ocalaemploymentlawyer.com/worker-claims-she-was-fired-in-retaliation-for-requesting-accommodation-for-her-disability/

1

2)https://www.govinfo.gov/content/pkg/USCOURTS-mad-1_12-cv-10240/pdf/USCOURTS-mad-1_12-cv-10240-0.pdf

3)https://128archive.org/Disposition/DownloadDisposition/14812?dispositionId=14826

4)https://www.lexology.com/library/detail.aspx?g=7e2cf7dd-2263-4ec6-b13d-266fb69a0761

5) https://www.govinfo.gov/app/details/USCOURTS-mad-1_12-cv-10240/USCOURTS-mad-1_12-cv-10240-0

6) https://www.leagle.com/decision/inmaco20200624269

7)https://ecommons.cornell.edu/handle/1813/79815

8)https://masslawyersweekly.com/welcome-ad/?retUrl=/2020/06/26/employment-disability-statute-of-limitations-2/

9)https://news.bloomberglaw.com/daily-labor-report/university-of-phoenix-instructors-disability-bias-suit-revived?utm_source=rss&utm_medium=DLNW&utm_campaign=00000172-ebfc-dd66-a7fa-effe54340001

10)https://www.martindale.com/labor-employment-law/article_Ogletree-Deakins-Nash-Smoak-Stewart-PC_2039088.htm

11)https://www.pacermonitor.com/public/case/268135/Akerson_v_Bryson

Below are the numerous companies and job titles applied to over the past year. The images are from LinkedIn and Indeed, other job search directly to employers include universities and colleges, government agencies and more   (UMASS, Northeastern, Quincy College, Northeastern, State of MA, Federal Government  and more which are not listed for brevity) leading to  hundreds of employment attempts in the past year.

In speaking with professionals, it is clear that the court cases are impacting my efforts to secure employment.   I am respectfully requesting that records be sealed so that requests to remove them from various search engines (google, safari, etc.) may be honored.

It's important to note that the individuals who committed the discriminatory acts are not exposed only the plaintiff name "Bonnie Akerson" is indexed and monetized by various organizations.

2

In my research numerous cases (divorce, some criminal cases and others) are provide the right to have information sealed to protect individuals for the same reasons I'm seeking protection. I am hopeful the court sees the need to protect individuals with disabilities from further harm when they win court cases that benefit millions of disabled individuals from employment discrimination.

I look forward to a positive response on steps needed to remove these cases.

Regards,

*Bonnie Akerson*
Bonnie Akerson

781-913-9244

P.O. Box 1264, Marblehead, MA 01945.