P.O. Box 1264

Marblehead, MA 01945

May 31, 2021

United States District Court

District of Massachusetts

1 Courthouse Way, Suite 2000

Boston, MA 02210

Attn: Justice Patti B. Saris

Dear Judge Patti B. Saris:

This letter is in reference to Orders of Motions 1:12-cv-10240-PBS Akerson v. Bryson case closed on 12.09.2013.

Thank you for hearing the case and making a decision toward rectifying the harm created from modern technology tracking and keeping private medical disability court records available online for others to monetize indefinitely at the expense disabled individuals.

The motion to seal medical information provides modest results. Much of the harm from private information being available with a simple name search continues to harm the plaintiff's ability to secure employment. The Plaintiff is being blacklisted and unable to secure employment because her name is searchable and indexed to the court case that settled in her favor.

The Plaintiff, Bonnie Akerson, is requesting a motion to "de-index Bonnie Akerson, and Akerson" so that her privacy and reputation online around the medical disability is not readily searchable. De-indexing involves the URL of the case in question not be listed in the search results. This allows the victim who has been discriminated against by her employer to have some "right to obscurity or oblivion." Further, employment prospects are not demonstratively harmed and the Plaintiff can retain some dignity. This action with the motion to redact medical information will prevent the Plaintiff from further employment discrimination which has gravely impacting her securing employment.

Without confidentiality and protection of a Plaintiff's name (after exposing the discriminatory actions through the Justice system) those with disabilities who are harmed by employers will not step forward to correct the wrong done to them and others with disabilities. The risk of losing their ability to secure gainful employment due to 24/7 online negative exposure of court cases is too great.

A motion to de-index and redact the plaintiffs name and all medical information would stop the continued employment discrimination from further disenfranchising the plaintiff and others with disabilities.

I respectfully request a positive motion of consideration on this matter.

Regards,

*Bonnie Akerson*

Bonnie Akerson